UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------- x
WAYNE GILMORE,                                     :
an individual,                                     :
                                                   :
                                                   :    CIVIL ACTION
             Plaintiff,                            :
                                                   :    CASE NO. 22-686
v.                                                 :
                                                   :    SECTION: "G"
ST. CHARLES PLAZA                                  :
PARTNERS, L.L.C.,                                  :
a Louisiana Limited Liability Company,             :
                                                   :
             Defendant.                            :
-------------------------------------------------- x
```

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: May 3, 2022

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| */s/ Georgianne Sims* | */s/ Robert L. Raymond* |
| Georgianne Sims, Esq. (La. # 27879) | Robert L. Raymond, Esq. (La. #11408) |
| 18501 Pines Blvd, Suite 209-A | 14108 River Road |
| Pembroke Pines, FL 33029 | P.O. Box 340 |
| Tel: (305) 891-1322 | Destrehan, LA 70047 |
| Fax: (305) 891-4512 | Telephone: (985) 764-8709 |
| Georgianne.sims@gmail.com | Facsimile: (985) 764-8739 |
| | rraymond@robertraymondlaw.com |
| *Attorney for Plaintiff* | *Attorney for the Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Robert L. Raymond, Esq.
14108 River Road
P.O. Box 340
Destrehan, LA 70047

                                           By:   /s/ Georgianne Sims
                                                      Georgianne Sims, Esq. (La. # 27879)